# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL DORSEY** | § | DOCKET NO. 1:22-cv-05656 |
| | § | |
| **Versus** | § | |
| | § | JUDGE DONALD E. WALTER |
| **ALLSTATE INSURANCE** | § | |
| **COMAPANY** | § | |
| | § | MAGISTRATE JUDGE JOSEPH H L |
| | § | PEREZ-MONTES |

## MOTION TO STRIKE PLAINTIFF'S MOTION TO SUBSTITUTE AND ENROLL AS COUNSEL (DKT. 12) AND PROSED ORDER (DKT. 12-1)

On February 6, 2024, Counsel for the Plaintiff, Daniel Dorsey, inadvertently filed a Motion to substitute and enroll counsel, (Dkt. 12) and Proposed Order (Dkt. 12-1). Plaintiff hereby files this Motion to Strike Documents Numbered 12 and 12-1. from the record of these proceedings.

Respectfully Submitted,

*/s/ Mark Ladd*
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of the same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this 6th day of February 2023.

/s/ Mark Ladd
**Mark Ladd**