UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL DORSEY** | § § § | **DOCKET NO. 1:22-cv-05656** |
| **VERSUS** | § § § | **JUDGE: DONALD E. WALTER** |
| **ALLSTATE INSURANCE COMPANY** | § § § § | **MAGISTRATE JUDGE: JOSEPH H L PEREZ-MONTES** |

## ORDER

Considering the above and foregoing Motion to Strike Plaintiff's Motion to Substitute and Enroll as Counsel (Dkt. 12) and Proposed Order (Dkt. 12-1),

**IT IS ORDERED** that; the Motion to Substitute and Enroll as Counsel be stricken from the record of these proceedings.

Alexandria, Louisiana, this ___7th___ day of ___February___, 2024.

_____
JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE